**Opinion issued December 17, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-20-00206-CV

————————————

**CHARLIE ESPARZA AND CHRISTIE ESPARZA, Appellants**

**V.**

**REALSOLVER INVESTMENTS, LLC, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Case No. CV-0086258**

---

## MEMORANDUM OPINION

Appellants, Charlie Esparza and Christie Esparza, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Hightower, and Countiss.